# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anibal Leon-Inzunza, | ) | Case No. 17-8407MJ |
| A206 739 288 | ) | |
| *Defendant* | ) | |
| | ) | |

DOA 10-7-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 7, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Anibal Leon-Inzunza, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Eagle Pass, Texas, on or about March 21, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher M. Baugh
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 10, 2017

*Judge's signature*

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 7, 2017, Border Patrol Agent Ricardo Rivera encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Anibal Leon-Inzunza, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Leon-Inzunza was transported to the Ajo Border Patrol Station for further processing. Leon-Inzunza was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Anibal Leon-Inzunza to be a citizen of Mexico and a previously deported criminal alien. Leon-Inzunza was removed from the United States to Mexico through Eagle Pass, Texas, on or about March 21, 2015, pursuant to a removal order issued by an immigration official. There is no record of Anibal Leon-Inzunza in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to

the United States after his removal. Leon-Inzunza's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Anibal Leon-Inzunza was convicted of Conspiracy to Distribute Methamphetamine, a felony offense, on August 3, 2007, in the United States District Court, Western District of Washington. Leon-Inzunza was sentenced to a term of one hundred twenty (120) months' imprisonment and sixty (60) months' supervised release. Leon-Inzunza's criminal history was matched to him by electronic fingerprint comparison.

5. On October 8, 2017, Anibal Leon-Inzunza was advised of his constitutional rights. Leon-Inzunza freely and willingly acknowledged his rights and agreed to provide a statement under oath. Leon-Inzunza stated that his true and correct name is Anibal Leon-Inzunza and that he is a citizen of Mexico. Leon-Inzunza stated that he entered the United States illegally by walking through the desert near Sonoyta, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 7, 2017, Anibal Leon-Inzunza, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Eagle Pass, Texas, on or about March 21, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Christopher M. Baugh
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 10th day of October, 2017.

_____
John Z. Boyle
United States Magistrate Judge

3